In the Matter of the Probate of the Will of HERMAN L. BITTERMAN, Deceased. JACOB L. BITTERMAN et al., Appellants; ROBERT GARLOCK et al., Respondents.— Appellants may move, if so advised, before the Surrogate to open their default on good cause shown. We do not suggest, by giving such leave, how the Surrogate should rule upon any application which may be made. We simply do not foreclose such application. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

FRANCIS W. RUZICKA et al., Copartners Doing Business as RUZICKA'S, Appellants, v. EDWARD RAGER, Respondent. EDWARD RAGER, Respondent, v. FRANCIS W. RUZICKA et al., Appellants, et al., Defendants. (Consolidated Appeals.)— Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See post, p. 1069.]

FRANCIS W. RUZICKA et al., Copartners Doing Business as RUZICKA'S, Appellants, v. EDWARD RAGER, Respondent. EDWARD RAGER, Respondent, v. FRANCIS W. RUZICKA et al., Appellants, et al., Defendants. (Consolidated Appeals.) — The fourth defense and second counterclaim is available only against plaintiff partnership. The fifth defense and third counterclaim is not one which may properly be interposed in the action. (See memorandum opinion in *Ruzicka* v. *Rager, ante,* p. 1061, decided herewith.) Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See post, p. 1069.]

FRANCIS W. RUZICKA et al., Copartners Doing Business as RUZICKA'S, Appellants, v. EDWARD RAGER, Respondent. EDWARD RAGER, Respondent, v. FRANCIS W. RUZICKA et al., Appellants, et al., Defendants. (Consolidated Appeals.) — (See